Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. James Stevens                                    Docket No. 00-00127-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Stevens, who was placed on supervision by the Honorable Donald E. Ziegler sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of March, 2001, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- $100 special assessment.
- $151,332.40 restitution jointly and severally with co-defendant, Craig Stevens.
- Drug testing and treatment as directed.
- No new credit; provide access to financial information.
- Prohibited from holding a position of employment that allows access to money, bank accounts, or financial records.

03-30-01:   Conspiracy to Commit Bank Fraud; 24 months' incarceration; 3 years' supervised release.
02-07-03:   Released to supervision; Currently supervised by USPO Tracey Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Mr. Stevens has paid $2,620 toward his restitution obligation. He understands that he continues to be obligated to make restitution payments should the Court allow his case to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00127-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____December 7, 2005_____

_Tracey Begonia_
U.S. Probation Officer

_Roselyn Gerson_
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
United States District Judge